IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL PATRICK MCNAMARA,<br><br>Defendant. | Case No. 1:21-MJ-336 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Andrew Phillips, being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in May 2021. Prior to serving with SPS, I graduated from the Border Patrol Academy in January 2019, and served as a Border Patrol Agent until May 2021. I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1). I am currently assigned to the George Bush Center for Intelligence (GBCI) in McLean, Virginia.

2. This affidavit is submitted in support of a criminal complaint charging MICHAEL PATRICK MCNAMARA with possession of a controlled substance at an Agency installation, in violation of 32 C.F.R. § 1903.12(b)(2).

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, but is not intended to include each and every fact and matter observed by me or known to the United States.

1

4. On Thursday, September 30, 2021, I was on mobile patrol duty at GBCI, within the Eastern District of Virginia. At approximately 9:55 p.m., officers observed a white 2015 Chevrolet Impala sedan, bearing North Carolina license plates, travel northbound along Colonial Farm Road. The sedan approached the closed GBCI Material Inspection Facility gate and then turned around and continued northbound along Colonial Farm Road to the entrance of the Federal Highway Administration facility, which is immediately adjacent to GBCI.

5. Section 1903.1 of 32 C.F.R. defines an "Agency installation," in pertinent part, as "the property within the Agency Headquarters Compound and the property controlled and occupied by the Federal Highway Administration located immediately adjacent to such Compound . . . ." Pursuant to Section 1903.2 of 32 C.F.R., the Part 1903 provisions "apply to all Agency installations, and to all persons entering on to or when on an Agency installation."

6. At approximately 9:58 p.m., the sedan approached the entrance to the Federal Highway Administration facility. CIA SPS officers then initiated a car stop, and approached the sedan on foot. Upon approach, officers immediately observed a large fixed-blade knife attached to brass knuckles on the passenger seat, seized the weapon, and began to interview the driver, the Defendant, MICHAEL PATRICK MCNAMARA, who was identified by his North Carolina driver's license.

7. The Defendant explained that he wanted to contact the Central Intelligence Agency because he was under surveillance by Chinese nationals, that said nationals had bugged his home with audio and video recording, and that they were attempting to kidnap him and bring him to China to be a sex slave, against his will. He further explained that the knife was for personal protection against the Chinese kidnappers.

8.      Officers then conducted a search of the vehicle. The search of the center console revealed a plastic container of marijuana, a small metal pipe, and several lighters. Officers asked the Defendant if there were other drugs in the vehicle, and he said that there was "more weed in the back." A search of the back seat revealed a glass container filled with multiple bags of marijuana. A search of the front cupholder also yielded a white powdery substance that later field-tested positive for cocaine.

9.      Officers then explained that the controlled substances and weapon found in the Defendant's possession were contraband, and that the Government was seizing them. The Defendant was issued citations, returned to his vehicle, and stated that "they took away the one thing I could use to kill myself." Officers then had the Defendant exit the vehicle, and asked him to explain his statement. The Defendant stated that he was not planning to kill himself unless "these guys [referencing the purported Chinese kidnappers] get a chance at me. I will not become a sex slave."

10.     Officers then transported the Defendant to the GBCI Visitor Control Center and contacted Fairfax County Mobile Crisis Unit to seek an interview for a Virginia Emergency Custody Order. Mobile Crisis Unit declined to respond. Officers then placed the Defendant under arrest and transported him to the Alexandria Detention Center.

11. Based on the foregoing, I submit there is probable cause to believe that on or about September 30, 2021, in McLean, Virginia, within the Eastern District of Virginia, MICHAEL PATRICK MCNAMARA, possessed a controlled substance at an Agency installation, in violation of 32 C.F.R. § 1903.12(b)(2).

Respectfully submitted,

Officer Andrew Phillips
Security Protective Service
Central Intelligence Agency

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 1, 2021.

Theresa C. Buchanan
Digitally signed by Theresa C. Buchanan
Date: 2021.10.01 13:41:36 -04'00'

Hon. Theresa Carol Buchanan
United States Magistrate Judge

Alexandria, Virginia