JS 45 (01/2008)                                   REDACTED

## Criminal Case Cover Sheet                                                           U.S. District Court

**Place of Offense:**           Under Seal: Yes ___ No _X_    Judge Assigned: _____

City _____             Superseding Indictment _____ Criminal Number: _____

County/Parish  Fairfax          Same Defendant _____    New Defendant  _X_ _____

                                Magistrate Judge Case Number 1:21-MJ-336    Arraignment Date: _____

                                Search Warrant Case Number _____

                                R 20/R 40 from District of _____

                                Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI #: _____

Defendant Name: Michael Patrick McNAMARA       Alias Name(s) _____

Address: Pineville, NC _____

**Employment:** _____

Birth date xx/xx/1950  SS# _____  Sex M  Def Race _____  Nationality _____  Place of Birth _____

Height _____ Weight _____ Hair Blonde  Eyes Blue   Scars/Tattoos _____

Interpreter: _X_ No ___ Yes  List language and/or dialect _____  Automobile Description _____

**Location Status:**

Arrest Date   September 30, 2021

_X_ Already in Federal Custody as of    September 30, 2021    in  Alexandria Adult Detention Center

___ Already in State Custody      ___ On Pretrial Release         ___ Not in Custody

___ Arrest Warrant Requested      ___ Fugitive                    ___ Summons Requested

___ Arrest Warrant Pending        ___ Detention Sought            ___ Bond

**Defense Counsel Information:**

Name: _____           ___ Court Appointed    Counsel conflicted out: _____

Address: _____        ___ Retained

Telephone: _____      ___ Public Defender    Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**

SAUSA  William Reed      Telephone No: 703-299-3966     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Officer Andrew Phillips, Central Intelligence Agency, SPS

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 32 C.F.R. 1903.12(b)(2) | Possession of a Controlled Substance at an Agency Installation | 1 | Misdemeanor |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:  1 OCT 2021      Signature of SAUSA: _[signature]_